**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1423**

---

MICHELE BURKE CRADDOCK,

        Plaintiff - Appellant,

    v.

LECLAIRRYAN, A Professional Corporation,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:16-cv-00011-REP)

---

Submitted: July 28, 2016         Decided: August 26, 2016

---

Before KING, DUNCAN, and FLOYD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Harris D. Butler, Paul Mark Falabella, BUTLER ROYALS, PLC, Richmond, Virginia, for Appellant. John Michael Bredehoft, KAUFMAN & CANOLES, PC, Norfolk, Virginia; Randy Carl Sparks, Jr., KAUFMAN & CANOLES, PC, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Burke Craddock seeks to appeal the district court's order directing arbitration in her Title VII action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Upon review of the district court's order, we conclude that the order stayed the district court proceedings pending arbitration of Craddock's Title VII action. Consequently, the order is neither a final order nor an appealable interlocutory or collateral order. See 9 U.S.C. § 16(b)(1), (2) (2012). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED